IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE LUIS BARRERA,** | CIV S- 07-1929 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES A. YATES, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's request for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on January 19, 2008.

Dated: 12/19/07         /s/ Gregory G. Hollows
                        U.S. Magistrate Judge

bar1929.eot

Order

1