IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS BARRERA,

    Petitioner,        No. CIV S-07-1929 FCD GGH P

  vs.

JAMES A. YATES,

    Respondents.      ORDER

_____/

        On November 3, 2008, petitioner filed an application to proceed in forma pauperis on appeal. While petitioner's application does not state the issues he intends to present on appeal, see Fed. R. App. P. 24(a)(1)(C), the court finds that he is appealing the issue stated in the order granting the application for a certificate of appealability: whether this action is barred by the statute of limitations.

        Good cause appearing, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis on appeal is granted.

DATED: November 17, 2008

                         /s/ Gregory G. Hollows
                         _____
                         UNITED STATES MAGISTRATE JUDGE

bar1929.ifp